# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

FREDERICK BURNLEY, JR.,                                              PETITIONER
ADC #97488

v.                              No. 5:06CV00309JLH/HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                                    RESPONDENT

## **JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is

Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without

prejudice.  The relief sought is denied.

IT IS SO ADJUDGED this 6th day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE